# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0602.   CLAUDETTE JAMES v. YOLANDA L. LEWIS, COURT ADMINISTRATOR FOR FULTON COUNTY SUPERIOR COURT et al.**

Following a decision by the Fulton County Personnel Board, Claudette James petitioned the superior court for a writ of certiorari. On March 13, 2017, the superior court granted the writ of certiorari. However, after James failed to comply with OCGA § 5-4-5 (a) by filing a valid bond, the superior court dismissed the petition. James then filed a notice of appeal to this Court. The defendant has filed a motion to dismiss, highlighting that James was required to follow the discretionary appeal procedure.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies, and lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Simmons v. Georgia Bureau of Investigation*, 236 Ga. App. 59, 59 (510 SE2d 618) (1999). This procedure must be followed even where the superior court dismisses the certiorari petition. *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984); *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795 (363 SE2d 45) (1987). James's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal.

Accordingly, the defendant's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/15/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.